UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH LONDON

VERSUS

SENTRY SELECT INSURANCE COMPANY, ET AL.

CIVIL ACTION

NO. 18-319-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated October 3, 2018, to which no opposition was filed;

**IT IS ORDERED** that Plaintiff's Motion to Remand (R. Doc. 5) is DENIED

Signed in Baton Rouge, Louisiana, on October 18, 2018.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA